# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-1452
LT Case No. 2019-CF-8740

———————————————————

CODY J. KEY,

    Appellant,

    v.

OFFICIAL COURT REPORTERS FOR
THE FOURTH JUDICIAL CIRCUIT
AND STATE OF FLORIDA,

    Appellees.

———————————————————

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Cody J. Key, Lowell, pro se.

Richard C. Komando, of Bradley, Garrison & Komando, Fleming Island, for Appellee, Official Court Reporters for the Fourth Judicial Circuit.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee, State of Florida.

March 5, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————